IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION AT JACKSON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 17-CR-10064-STA |
| VS. | ) | |
| | ) | |
| | ) | |
| EVERETTE DANIEL LAMB, JR. | ) | |

ORDER RESCHEDULING HEARING

This cause came to be heard upon defense counsel's motion to reschedule the matter to the afternoon setting. The matter is currently set for September 7, 2018 at 9:30 a.m. but counsel is unable to appear at that time due to prior commitments. Therefore, the matter will be reset to September 7, 2018 at **2:00 p.m.**

So ordered September 6th , 2018.

s/S. Thomas Anderson
Chief U.S. District Court Judge