IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DISTRICT

**UNITED STATES OF AMERICA,**

    **PLAINTIFF,**

v.

                                                                                 **Cr. No. 1:17-cr-10064 STA**

**EVERETT LAMB**,

    **DEFENDANT.**

**ORDER GRANTING MOTION TO ADVANCE MOTION HEARING AND NOTICE OF RESETTING**

This cause came to be heard upon the motion of defense counsel to advance the motion hearing currently set for Defendant on November 20, 2018. For good cause shown, the Court hereby GRANTS the Motion of Defendant. The motion hearing date of Defendant is advanced and reset for **November 19, 2018 at 9:30 o'clock a.m.**

IT IS SO ORDERED, this the 14th of November, 2018.

                                                                           s/S. Thomas Anderson
                                                                           Judge S. Thomas Anderson
                                                                           CHIEF UNITED STATES DISTRICT JUDGE